UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-287-JLR |
| Plaintiff, | |
| v. | ORDER DENYING DEFENDANT'S MOTION TO REVIEW DETENTION HEARING |
| PABLO CATANO, | |
| Defendant. | |

Defendant Pablo Catano was indicted a charge of Conspiracy to Distribute Controlled Substances on October 26, 2016. (Dkt. 1.) Defendant was represented by Gabriel Banfi. (Dkt. 52.) Following a detention hearing on November 9, 2016, the defendant was ordered detained. (Dkt. 96, 103.) Defendant is now represented by Peter Mazzone, and is awaiting trial. (Dkt. 160.)

Defendant moves this Court to review the detention order and set conditions of Release. (Dkt. 274.) The government has filed a response in opposition to the motion. (Dkt. 277.) Judge Robart has referred the motion to the undersigned Magistrate Judge. The Court finds this motion appropriate for resolution without oral argument or an evidentiary hearing.

ORDER DENYING MOTION
TO REVIEW DETENTION HEARING
PAGE -1

Although defendant styled his request as a motion to review this Court's detention order (18 U.S.C. §3145(b)), a motion to review a ruling of a magistrate judge must be filed within fourteen days of the entry of the ruling. (MJR 12(c)). Therefore, the Court will consider defendant's request a motion to reopen the hearing based on 18 U.S.C. § 3142(f)(B), which provides that a detention hearing may be reopened "if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." *Id.*

However, defendant's motion fails on those grounds as well. Defendant does not cite §3142(f)(B), or present information alleged to have been unavailable at the time of the detention hearing, but simply re-presents the argument that defendant is an appropriate candidate for release. While defendant argues that his ties to this community are strong and his continued detention poses a hardship to his family and business interests, defendant also concedes that these arguments were presented at the detention hearing. (Dkt. 274 at 12-13.) Defendant fails to make the required showing that would justify reopening the Court's determination that defendant poses a risk of danger and a risk of nonappearance.

Defendant's Motion for Reconsideration of Order of Detention is DENIED.

DATED this 17th day of April, 2017.

Mary Alice Theiler
United States Magistrate Judge