Honorable Judge L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO. CR 16-287JLR |
| vs. ) | ~~(PROPOSED)~~ ORDER ON MOTION TO SEAL DOCUMENT |
| PABLO CATANO ) | |
| Defendant ) | |

Having reviewed Counsel's Declaration on Motion to Withdraw Counsel and Appoint New Counsel and having held a hearing on the motion.

IT IS HEREBY ORDERED that Counsel's Declaration on Motion to Withdraw Counsel and Appoint New Counsel IS SEALED.

DATED this 5ᵗʰ June, 2017.

_____
Honorable Judge L. Robart

Presented by:
s/Peter Mazzone
Peter Mazzone, WSBA #25262

(PROPOSED) ORDER ON MOTION TO SEAL DOCUMENT - 3

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
(425) 259-4989