Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-287JLR |
|---|---|
| Plaintiff | [~~PROPOSED~~] ORDER TO SEAL |
| v. | |
| PABLO CATANO, | |
| Defendants. | |

Having read the Government's Motion to Seal and because of the sensitive information contained within the United States' Sentencing Memorandum;

//
//
//

Order to Seal
*U.S. v. Pablo Catano*, CR16-287JLR - 1

1  It is hereby ORDERED that the United States' Sentencing Memorandum shall
2  remain sealed.
3
4
5  DATED this 21ST day of November, 2017.
6
7
8  JAMES L. ROBART
9  United States District Judge
10
11
12 Presented by:
13
   *S/ Steven T. Masada*
14 STEVEN T. MASADA
   Assistant United States Attorney
15

Order to Seal
U.S. v. Pablo Catano, CR16-287JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970