UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PABLO CATANO,<br><br>    Defendant. | CASE NO. CR16-0287JLR<br><br>ORDER |

This matter comes before the court on United States Probation and Pretrial Services' ("Probation") request for early termination of Defendant Pablo Catano's period of supervision. (Req. (Dkt. # 965).) The Government opposes Probation's request. (Opp. (Dkt. # 962).) The court has reviewed Probation's request, the Government's opposition, the relevant portions of the record, and the governing law. Being fully advised, the court DENIES Probation's request.

The court is pleased to learn of the progress that Mr. Catano has made since his release from custody two years ago. (*See generally* Req.) However, in light of Mr.

ORDER - 1

Catano's significant involvement in the drug trafficking organization at issue in this matter (*see, e.g.*, Opp. at 1-2), the court would prefer to see Mr. Catano complete a longer term of supervision. The court is willing to consider a renewed request for early termination after Mr. Catano has successfully completed 36 months of supervision.

      For the foregoing reasons, Probation's request for early termination of Mr. Catano's supervision (Dkt. # 965) is DENIED.

      Dated this 30th day of November, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2